UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CEDRIC BISHOP, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                    Plaintiffs,

                    v.

ECKERD COLLEGE, INC.,

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:23-cv-5807

**<u>NOTICE OF VOLUNTARY
DISMISSAL</u>**

     Plaintiff(s), CEDRIC BISHOP, in accordance with Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant,

ECKERD COLLEGE, INC., with prejudice and without fees and costs.

Dated: New York, New York
       January 31, 2024

                                **GOTTLIEB & ASSOCIATES PLLC**

                                */s/Michael A. LaBollita, Esq.*

                            Michael A. LaBollita, Esq., (ML-9985)
                            150 East 18th Street, Suite PHR
                            New York, NY 10003
                            Phone: (212) 228-9795
                            Fax: (212) 982-6284
                            Michael@Gottlieb.legal

                            *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge